# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Crystal L. Riddle<br><br>                              Debtor(s) | BK. NO. 25-22350 JAD |
| PNC BANK, NATIONAL ASSOCIATION, its<br>successors and/or assigns<br><br>                              Movant<br>                    v.<br>Crystal L. Riddle<br><br>                              Respondent<br>                         and<br>Ronda J. Winnecour, Trustee<br><br>                              Additional Respondent | CHAPTER 13<br><br>Related to Docket #____40____<br><br><br><br>**DEFAULT O/E JAD** |

### ORDER ALLOWING FILING OF CLAIM

AND NOW, this  27th  day of  March  , 2026, at Pittsburgh, upon Motion of PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

_____
United States Bankruptcy Judge
Jeffery A. Deller

cc:
Crystal L. Riddle
217 Hillary Drive
Verona, PA 15147

Kenneth Steidl
Steidl & Steinberg
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

FILED
3/27/26 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-22350-JAD

Crystal L. Riddle                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

**Recip ID                  Recipient Name and Address**
db                      +  Crystal L. Riddle, 217 Hillary Drive, Verona, PA 15147-2807

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:

**Name**                        **Email Address**

Denise Carlon
                            on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mccallaecf@ecf.courtdrive.com

Jeffrey Hunt
                            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
                            on behalf of Debtor Crystal L. Riddle julie.steidl@steidl-steinberg.com
                            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
                            on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Leon P. Haller
                            on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
                            khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

District/off: 0315-2                          User: auto                          Page 2 of 2
Date Rcvd: Mar 27, 2026                       Form ID: pdf900                      Total Noticed: 1

Matthew Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 8