IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

IN RE:

|  |  |
|---|---|
| | ) |
| CRYSTAL L. RIDDLE | ) Bankruptcy Case No. 25-22350-JAD |
| Debtor | ) |
| PEOPLES NATURAL GAS COMPANY, LLC | ) Related to Docket Nos. 54 |
| Movant, | Chapter 13 |
| vs. | ) |
| CRYSTAL L. RIDDLE, and RONDA J. | ) Doc. #59 |
| WINNECOUR, ESQUIRE, Trustee | ) |
| | ) |
| Respondents. | ) |

CONSENT ORDER OF COURT

AND NOW, to wit this __5th__ day of __August__, 2026, come the parties, by and
through their respective counsel and stipulate and consent to the entry of this Order of Court:

1.      The Court finds that the Debtor has fallen behind on her post petition
gas bill since filing the instant case.

2.      A Motion for Allowance of Administrative Claim has been filed.  In this
case, the Debtor has subsequently brought the account current.

3.      The instant Motion shall be dismissed without prejudice, since the debtor has
cured the delinquency this time.

4.      The Debtor and the Debtor's counsel agree that if it becomes necessary to
file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then
the post petition gas account must be included in the Chapter 13 Plan without further controversy or
opposition.   There will be no exceptions.

BY THE COURT:

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

Consented to by:

 /s/ Kenneth Steidl                          /s/Jeffrey R. Hunt_
Kenneth Steidl, Esquire                 Jeffrey R. Hunt, Esquire
Attorney for Debtor                     Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 34965                      Pa. I.D. No. 90342
Koppers Building                        GRB Law
436 Seventh Ave.,  Suite 322            525 William Penn Place, Suite 3110
Pittsburgh, PA 15219                    Pittsburgh, PA 15219
412-391-8000                            412-281-0587
ken.steidl@steidl-steinberg.com         jhunt@grblaw.com

FILED
8/5/26 8:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 25-22350-JAD

Crystal L. Riddle                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

**Recip ID                     Recipient Name and Address**
db                        +   Crystal L. Riddle, 217 Hillary Drive, Verona, PA 15147-2807

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

**Name                                 Email Address**

Brent J. Lemon

on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Jeffrey Hunt

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl

on behalf of Debtor Crystal L. Riddle julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Leon P. Haller

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Matthew Fissel

District/off: 0315-2                              User: auto                                    Page 2 of 2

Date Rcvd: Aug 05, 2026                          Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7