IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/20/26 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 25-22350 JAD |
| Crystal L. Riddle, | ) | Chapter 13 |
| *Debtor* | ) | Related to Docket No. 64 |
| | ) | Doc. # 67 |
| Crystal L. Riddle, | ) | |
| *Movant* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Ronda Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

**ORDER OF COURT**

AND NOW, to wit, this 20th day of August, 2026, it is hereby ORDERED, ADJUDGED, and DECREED that the Order of Court dated August 11, 2026 dismissing the Debtor's Chapter 13 Case is vacated, the Automatic Stay is reinstated, and the Chapter 13 Trustee's Bond is reinstated.

jsf ______________________ J.
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-22350-JAD

Crystal L. Riddle Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 20, 2026 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal L. Riddle, 217 Hillary Drive, Verona, PA 15147-2807 |
| 16606010 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16576085 | + | Kohls, c/o Peritus Portfolio Services, PO Box 141509, Irving, TX 75014-1509 |
| 16576088 | #+ | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 16633540 | + | Oakmont Water Authority, 721 Allegheny Ave, Oakmont, PA 15139-1901 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 01:52:21 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 21 2026 01:52:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16606824 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 01:52:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16587587 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 21 2026 01:52:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 16576081 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2026 01:52:00 | Citizens Bank, 1 Citizens Bank Way, Johnston, RI 02919 |
| 16576949 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2026 01:52:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 16607213 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2026 01:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16576082 | + | Email/Text: documentfiling@lciinc.com | Aug 21 2026 01:52:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 16576083 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 21 2026 01:53:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 16576084 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 01:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16576086 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 01:52:20 | LVNV Funding & Resurgent Capital Service, PO Box 10587, Greenville, SC 29603-0587 |
| 16577807 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 01:52:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 16576087 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2026 01:52:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 16652075 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2026 01:52:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16576091 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2026 01:52:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 16604093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 01:52:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16576092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 01:52:04 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 16576089 | + | Email/Text: blegal@phfa.org | Aug 21 2026 01:53:00 | Pennsylvania Housing Finance Agency, 211 North Front St, Harrisburg, PA 17101-1406 |
| 16576090 | | Email/Text: ebnpeoples@grblaw.com | Aug 21 2026 01:52:00 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 16588027 | + | Email/Text: ebnpeoples@grblaw.com | Aug 21 2026 01:52:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16576094 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2026 01:52:00 | Quantum 3 Group as agent, for second round Sub, PO Box 788, Kirkland, WA 98083-0788 |
| 16576095 | | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 01:52:05 | Verizon, c/o American Infosource, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 16576093 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Crystal L. Riddle julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7